CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 3 0 2018

JULIA C. DUDLEY CLERK
BY: ~~~~~~~
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| MILDRED NEVON RAMSEY, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) Civil Action No.:  5:17cv00085 |
| v. | ) |
| | ) |
| JAYCO, INC., | ) |
| | ) By:  Michael F. Urbanski |
| Defendant. | ) Chief United States District Judge |
| | ) |

## ORDER

The parties to this case have filed a stipulation of dismissal pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure, advising that they have reached a

resolution of this matter. Accordingly, this case is hereby **DISMISSED with prejudice** and

**STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

ENTERED: 01-30-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge